# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

149888(21)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                              SC:  149888
                              COA:  320759
                              Wayne CC:  12-010134-FH

DANA ABLEIGH WEEKS, SR.,
         Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's February 3, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



p0518

                         Clerk